

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

**NO. WR-29,947-06**

**EX PARTE LORENZO ESTABON THOMAS, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 13-12-13298-CR-(2) IN THE 9th DISTRICT COURT
FROM MONTGOMERY COUNTY**

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of three counts of robbery and he was sentenced to imprisonment for thirty-five years on each count.

After a review of the record, we find Applicant's allegation concerning an improper modification of his sentence to be without merit and relief is denied. Applicant's remaining allegation is dismissed pursuant to TEX. CODE CRIM. PROC. art. 11.07 §4(a)(1).

Filed: July 25, 2018
Do not publish